IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 3:11-CV-00670-K |
| LATRISA WYATT, SIMEON ANDRIS AND/OR ALL OTHER OCCUPANTS OF 8416 Ridge Creek Drive, Dallas, Texas, Defendants. | § § § § § | |

## ORDER OF REMAND

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Plaintiff's Motion to Remand Proceedings (doc. 4). The District Court has made a *de novo* review of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, as well as Defendant's Objections, filed on May 11, 2011.

The objections are OVERRULED and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **GRANTS** Plaintiff's Motion to Remand and **ORDERS** this case remanded to the County Court at Law Number 2 of Dallas County, Texas.

**SO ORDERED.**

Signed this 17th day of May, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE